**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2509**
_____

JERRY DEMPSEY MCINTYRE,

              Plaintiff - Appellant,

        v.

HORRY COUNTY, South Carolina; PHILLIP THOMPSON, Sheriff; JM
SIMMONS, SCHP,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, Chief District
Judge.  (4:11-cv-01573-TLW)

_____

Submitted:  April 25, 2013          Decided:  April 29, 2013

_____

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerry Dempsey Mcintyre, Appellant Pro Se.  Edgar Lloyd Willcox,
II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Dempsey McIntyre seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McIntyre v. Horry County, No. 4:11-cv-01573-TLW (D.S.C. Dec. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2